IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Erik Thompson, | : | |
| Plaintiff, | : | Case No: 2:23-cv-0189 |
| vs | : | |
| | : | Judge Watson |
| Brian Lovelace, | : | Magistrate Judge Vascura |
| Defendant. | | |

## CLERK'S JUDGMENT BY DEFAULT

IT APPEARS THAT the Defendant, Brian Lovelace, having failed to plead or otherwise defend in this action, and the default of said Defendant having been duly entered according to law on May 15, 2023;

NOW THEREFORE, upon the application of the Plaintiff, Judgment is hereby entered against said Defendant.

Wherefore it is ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Erik Thompson and against Brian Lovelace as to the following:

Plaintiff's claim against the Defendant is for a sum certain, to wit, the principal sum of $200,000, plus interest at the contractual rate of 15% per annum from July 1, 2018, until the judgment is paid in full together with the costs of this action.

Default Judgment entered June 20, 2023.

                                                        Richard W. Nagel, Clerk
                                                        United States District Court
                                                        Southern District of Ohio

                                                    By:  /s/Eduardo Rivera
                                                            Eduardo Rivera, Deputy Clerk